In re RUSSELL. (City Court of New York, General Term. May 29, 1897.) In the matter of Irving L. Russell, a judgment debtor. Scott & Upson, for appellant. Franklin Bien, for respondent.

PER CURIAM. Appeal from an order denying a motion to punish for contempt. An examination of the record satisfies us that the court had jurisdiction of both the subject-matter and of the person of the judgment debtor. The order appealed from must be reversed, with costs.

ST. CLAIR PAPER MANUF'G CO. v. BROWN. (Supreme Court, Appellate Division, First Department. May 7, 1897.) Action by the St. Clair Paper Manufacturing Company against Clarence H. Brown. No opinion. Motion denied, with $10 costs. See 44 N. Y. Supp. 625.

SATTERLY, Respondent, v. McCULLOUGH et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 29, 1897.) Action by Charles S. Satterly against John G. McCullough and Eben V. Thomas, as receivers, etc. No opinion. Order affirmed, with $10 costs and disbursements.

SCHAMBACH, Respondent, v. KNICKERBOCKER ICE CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 22, 1897.) Action by Edwin H. Schambach by Mary A. L. Schambach, as guardian ad litem, against the Knickerbocker Ice Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulates to reduce the recovery to $3,000, and extra allowance proportionately, in which case the judgment as reduced is unanimously affirmed, without costs to either party.

SCHENCK, Appellant, v. BARNES et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 15, 1897.) Action by Belle C. Schenck against William D. Barnes, judgment debtor, and Henry W. Taft, as trus-

tee. No opinion. Order affirmed, with $10 costs and disbursements, without prejudice to renewal of application at special term.

SCHMEIG, Appellant, v. CITY OF BROOKLYN, Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1897.) Action by Emma Schmeig, as administratrix, etc., against the city of Brooklyn. No opinion. Judgment unanimously affirmed, with costs.

SCHULTES, Appellant, v. BISCHOFF, Respondent. (Supreme Court, Appellate Division, Second Department. June 15, 1897.) Action by John Schultes against Magdalena Bischoff. No opinion. Order affirmed, with $10 costs and disbursements, on authority of Gallagher v. Merrill, 13 App. Div. 182, 43 N. Y. Supp. 303.

SEAGRIST v. SIGRIST et al. (Supreme Court, Appellate Division, First Department. June 11, 1897.) Action by Francis W. Seagrist, Jr., against Francis S. K. Sigrist and others. No opinion. Motion denied.

SELIG et al., Appellants, v. ALTMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. July 2, 1897.) Action by Louis Selig and another against Isaac Altman and others. M. D. Steuer, for appellants. L. Marshall, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

SIEMER, Plaintiff, v. FEDERALL, Defendant. (Supreme Court, Appellate Division, Second Department. June 29, 1897.) Action by John C. Siemer against Rudolph Federall. No opinion. Order denying motion to dismiss appeal vacated and set aside, without costs.

SIGUA IRON CO. v. BROWN. (Supreme Court, Appellate Division, First Department. July 2, 1897.) Action by Sigua Iron Company against Harold P. Brown. No opinion. Motion denied, with $10 costs. See 45 N. Y. Supp. 989.

SKLARSKY, Respondent, v. WEAVER et al., Appellants. (Supreme Court, Appellate Division, First Department. May 7, 1897.) Action by David Sklarsky against Van R. Weaver and others. J. Coupe, for appellants. D. P. Hays, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SLOAN v. BAIRD. (Supreme Court, Appellate Division, First Department. July 2, 1897.) Action by Charles W. Sloan against Anna W. Baird. No opinion. Motion granted. See 42 N. Y. Supp. 38.

SMILEY, Appellant, v. ESTY, Respondent. (Supreme Court, Appellate Division, Third Department. May 25, 1897.) Action by Alton B. Smiley, by guardian, against Clarence H. Esty. No opinion. Order affirmed, with costs to defendant to abide the event.